3:22-cv-496-TJC
MCR

United States District Court
Middle District OF Florida
Jacksonville Division

CHRISTOPHER SANDERS
V.
C.A. Tyre et, al.,

FILED
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
5/5/22

LEGAL MAIL
Provided to Florida State Prison on
5/2/22 for mailing by [signature]

Emergency Restraining
Order

Comes Now plaintiff Christopher Sanders Pro se, and Informs this Court that My Life and wellbeing is and has been in danger and I have been abused again, and have been informed that they are coming back to do it again, and I Ask that a Permenent Restraining order be Issued against the following people at Florida State Prison. Lt. Wendoff, Sgt. Prock, Sgt. Tyre, Sgt. Fogarty, OFC. Gonzalez, Capt. Woods, Lt. Mason, and Asst. Warden Bennett. and as grounds States as follows:

1) Between April 5th and April 15th the Inspector General came to see Me about Sgt. Prock Sexually assualting me on 10-14-21.
2) After the Inspector left Sgt. Prock Started harrassing me again, I filed a grievance and nothing was done.
3) On 4-27-22 Sgt. Prock came to My cell (K1102) and told Me he was putting Me on Property Restriction because My room was not in order, but My cell was in order, he then told Me I knew what time it was. he knew about My visit with the Inspector.
4) having Mental Health and anger Issues I Snapped and started yelling out My cell Because I was Being placed on strip and having My property taken for nothing.
5) Lt. Wendoff, then yelled to Me and told Me I'd better pack My Shit they were coming to get it. that took place Between 7Am and 8:50Am on 4-27-22.
Between 12pm and 3pm on 4-27-22 Lt. Wendoff came back to My

cell and woke me up and asked me if I was coming out for strip.

6) When I asked what I was going on strip for, he said they been owed me.

7) When I asked what they owed me for he said "So your not coming out, I wasn't gonna let you anyway, we're finna gas your ass"

8) he then walked off and came back with Dr. Emanidillis the head of Mental Health.

9) I told Dr. Emanidillis that I had done nothing wrong, he stated "It don't matter they wanna gas you, I'm just covering my part."

10) I then told him I was suicidal and took a handfull of pills right in front of him.

11) Dr. E. said he ain't see me take anything so I took more when they brought the camera to my cell.

12) having been told I wasn't being let out my cell I prepared to be sprayed with Chemical Agents.

13) after being sprayed two times they let me out of the cell.

14) enrageded that I had been gased for no reason and my CM review was ruined I spit in Lt. Wendoff's face.

15) After being taken to the ground I was walked to b-wing where Lt. Wendoff had Sgt. Fogarty spray me again while I was in the shower in retaliation for me spiting in his face.

16) After finally being given a cool water shower Lt. Wendoff refused to have me taken to medical to be treated for the pills I had taken.

17) Lt. Wendoff told Nurse Kissinger to refuse me treatement and if it wasn't for the fact that I told her in front of the camera they would have.

18) once in medical I signed a refusal for treatment because I wanted to Die, I was tired of being subjected to the racist abuse and retaliation I am being subjected to at F.S.P.

19) During the post use of force exam I told Nurse Kissinger that I was on a hunger strike but it was never documented.

20) While in a self-harm observation status cell (SHOS cell) I informed Dr. Emanidillis that I was on a hunger strike and he said he didn't care and he never documented it.

21) I was then informed by Ofc. Halsey that he was told to falsify documents saying I ate by Dr. Emanidillis, and Director of Nurses Mrs. Perry and Lt. Wendoff. and that he was good at it so I could write it up but wasn't nothing going to happen.

22) then on 4-28-22 while still on my hunger strike Asst. Warden Bennett came through with a group of people doing a tour while I was informing Maj. Blitch and Col. Handley of my Hunger Strike and what had happened.

23) While talking to the people I informed them of the abuse Asst. Warden Bennett was allowing us to be subjected to.

24) after leading the group off Bennett came to my SHOS cell and told me he was gonna have my ass beat to death for telling those people the truth.

25) After they left Ofc. Halsey came the cell and place a tray in the flap and told me I might as well eat because no one was documenting it. I again refused to eat. he also told me Dr. Emanidilios was gonna take me off SHOS.

26) On 4-29-22 Dr. Emanidilios came to my cell and told me that he was taking me off SHOS, I told I was still on my hunger strike, he said he ain't care.

27) Later on 4-29-22 Inform Mental Health Counselor Smith that I was on a hunger strike and nothing was documented, and he never informed anyone.

28) On 4-29-22 as I was getting ready to leave I informed Health Service Administrator Mrs. Alverez that I was still on my Hunger Strike and she told me to make sure I come out and let the Nurses check me.

29) To this day I have not been seen by a Nurse and my Hunger Strike has not been documented I have not eaten since 4-27-22

30) On my way to b-wing I was informed by Capt. Woods that he had moved Sgt. Prock to b-wing to "Take Care" of Me. Like he did in october 2021 with Sgt. Tyre.

31) Since being on b-wing I have not eaten and Sgt. Prock has refused to pull me out and have me seen by medical.

32) Sgt. Prock also informed me that L.t. Wendoff had him throw away all of my property.

33) Since being placed on b-wing I have Informed Nurse Rogers two times that I was on a Hunger Strike and she never informed anyone or had me seen.

34) Since coming to b-wing they have refuse to give me my Mail, or to use the phone they are also refusing to allow me to use the kiosk to retrive my family address so I can't contact my family and Also refusing to allow me to send money out of my account to my family.

35) I am In Imminent danger, as they are coming to jump on me again on behalf of Asst. Warden Bennett, L.t. Wendoff, Sgt. Prock, Sgt. Fogarty, Sgt. Tyre, and several others.

36) I am also in danger of doing self-harm as I don't know what else to do.

37) Secretary Ricky Dixon knows about the danger I am in as the Inspector has already Investigated Sgt. Prock sexually assaulting me on 10-14-21 and he has refused to stop the abuse.

38) It is clear that my life is in danger and Warden Davis, Warden Bennett and the administrations at FSP are refusing to protect me and is prapasely placing me in harms way with total disregard for my life and wellbeing.

Wherefore I ask this honorable Court to issue a Restraing order for the above reasons

to ensure that I am given the protection garnteed by the U.S. Constitution. and that I am given proper medical treatment. Also that My Legal work and Property be replaced. I ~~submit~~ Submit this in good faith and not to inconvience this court.

## OATH

I Hereby declare under Penalty of Purjury that the foregoing is true.

Respectfully Submitted

Christopher Sanders #B24565